PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Brian Scott Stern  Cr.: 12-00243-001
 PACTS #: 61249

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/14/2012

Original Offense:   Activities Relating to Material Constituting or Containing Child Pornography

Original Sentence: 97 months imprisonment, 60 months supervised release

Special Conditions: Mental Health Treatment, Restricted Contact with Minors, Polygraph Examination, Sex Offender Registration and Computer Monitoring

Type of Supervision: Supervised Release  Date Supervision Commenced: 09/10/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | An initial polygraph examination was administered on the offender on February 25, 2020. Results of such test revealed that deception was indicated when the offender exhibited a reaction when asked if he has used any electronic devices with Internet access that the U.S. Probation Office is not aware of.

U.S. Probation Officer Action:
We are requesting that no formal Court action be taken at this time. The offender was interviewed post-test and denied any wrongdoing and denied using any electronic devices, except for the one that has monitoring software installed on it. The offender attends weekly individual sessions for sex offender treatment and his therapist was notified of the test results. A second polygraph examination will be scheduled in the near future, at which time the Court will be updated.

 Respectfully submitted,

 *Susan Karlak*
 By:  Susan Karlak
  Senior U.S. Probation Officer
 Date:  04/03/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

**X**    No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐    Submit a Request for Modifying the Conditions or Term of Supervision

☐    Submit a Request for Warrant or Summons

☐    Other

*s/ Susan D. Wigenton*
Hon. Susan D. Wigenton
U.S.D.J.

April 6, 2020
Date